No. 40154.—Protests 856671–G, etc., of Snedeker & Co. (New York).

Opinion by TILSON, J. The record showed that certain of the items consist of rayon elastics, braided, and in part of India rubber. The claim at 60 percent under paragraph 1529 (c) was therefore sustained.

No. 40155.—Protests 915337–G, etc., of American Merchandise Co. et al. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel and on the authority of Abstract 38680 the needle threaders were held dutiable at 40 percent under paragraph 339 as claimed.

No. 40156.—Protest 811889–G of Ph. Deutsch (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel flacons, perfume bottles, and powder jars chiefly used for utilitarian purposes in the kitchen, household, or on the table were held dutiable at 40 percent under paragraph 339 as claimed.

No. 40157.—Protests 655733–G, etc., of Universal Importing Co. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel calendars chiefly used in the household for utilitarian purposes were held dutiable at 40 percent under paragraph 339. Abstract 37730 cited.

No. 40158.—Protests 449497–G, etc., of R. H. Macy & Co., Inc. (New York).

Opinion by DALLINGER, J. On the agreed facts the atomizers and trays in question were held dutiable at 40 percent under paragraph 339.

No. 40159.—Protest 423081–G of Lazarus Rosenfeld, Inc. (New York).

Opinion by DALLINGER, J. It was stipulated that the merchandise consists of bottles with locks chiefly used in the household for utilitarian purposes. The claim at 40 percent under paragraph 339 was therefore sustained.